UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GEORGE COLEMAN                          CIVIL ACTION

VERSUS                                  NO. 22-1241

FEDNAT INSURANCE COMPANY                SECTION: "J"(1)


## ORDER

The Court having been advised that the parties have reached a settlement of all claims in the above-captioned matter,

**IT IS HEREBY ORDERED** that all claims in the above-captioned matter are hereby dismissed without costs, and without prejudice, with the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 8th day of November, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE